# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGI PORTAL LLC,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**YANKEE CANDLE COMPANY, INC.,**<br><br>                    Defendant. | C.A. No. 1:21-cv-00274-MN<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Digi Portal LLC hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Digi Portal LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

June 3, 2021

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Digi Portal LLC*

**SO ORDERED**, this _____ day of June, 2021.

_____
United States District Court Judge

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                              */s/ Jimmy Chong*  
                                              Jimmy Chong (#4839)